UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ANN ROE and ROBERT ROE, | No. 2:09-cv-01958-MCE-GGH |
| Plaintiffs, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Presently before the Court is the Motion of Defendant United States of America ("United States") for Summary Judgment as to all claims being pursued in this action by Plaintiff Robert Roe. The United States' Motion is premised on the contention that Robert Roe has failed to exhaust his administrative remedies under the Federal Tort Claims Act, and consequently cannot maintain his claims for loss of consortium as a result of personal injuries allegedly sustained by his wife, Plaintiff Ann Roe, on or about April 18, 2008.

///

1

On February 3, 2011, Plaintiffs filed a Statement of Non-Opposition to the United States' Motion.  Given that non-opposition, and because no suit can be prosecuted under the Tort Claims Act in the absence of the requisite administrative claim (see 28 U.S.C. section 1346(b)), the United States' Motion (ECF No. 13) is hereby GRANTED.[1]  The United States is entitled to judgment in its favor on all claims pursued by Defendant Robert Roe through the present lawsuit.

IT IS SO ORDERED.

Dated: February 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, this matter was deemed suitable for decision on the briefs.  E.D. Cal. Local Rule 230(g).

2