**WILCOXEN CALLAHAM, LLP**
E.S. DEACON, SBN 127638
MARTHA A. TAYLOR, SBN 260692
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiffs
ANN ROE & ROBERT ROE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE ROE and ROBERT ROE, | Case No. 2:09-CV-01958-MCE-GGH |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| -vs- | |
| UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; TRANSPORTATION SECURITY ADMINISTRATION and DOES 1 through 10, inclusive, | |
| Defendants. | |

The parties, through their respective counsel, hereby stipulate that the Complaint in this action and all amended complaints, shall be dismissed, with prejudice, in its entirety. It is further stipulated that each party bear their own costs, including attorney's fees.

Dated: October 11, 2011          WILCOXEN CALLAHAM, LLP

                                 /s/ Martha A. Taylor
                                 _____
                                 E.S. DEACON, SBN 127638
                                 MARTHA A. TAYLOR, SBN 260692
                                 Attorneys for Plaintiff, ANNE ROE

///

1

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

00038599

| | | |
|---|---|---|
| 1 | Dated: October 11, 2011 | ASSISTANT UNITED STATE ATTORNEY |

By: /s/ J. Earlene Gordon
_____
J. EARLENE GORDON
Attorney for Defendant
UNITED STATES OF AMERICA

## **ORDER**

IT IS SO ORDERED.  The Clerk of the Court is directed to close this case.

Dated:  October 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

2

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

00038599